1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOEL SANTOS-DIAZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:05-cr-00332 AWI
                                    )
12           Plaintiff,              )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE HEARING; AND
13      v.                          )   ORDER THEREON
                                    )
14 JOEL SANTOS-DIAZ,                )   Date: December 5, 2005
                                    )   Time: 9:00 a.m.
15           Defendant.              )   Judge: Anthony W. Ishii
                                    )
16 _____  )

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorney of record herein, that the Status Conference Hearing, scheduled for November 14, 2005, may be

19 continued to **December 5, 2005 at 9:00 a.m.**

20      The reason for the continuance is to allow the defendant time to consider the Government's

21 proposed plea agreement.

22      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

23 justice, including but not limited to, the need for the period of time set forth herein for further plea

24 ///

25 ///

26 ///

27 ///

28 ///

1  negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2
       DATED:  November 4, 2005       McGREGOR W. SCOTT
3                                                        United States Attorney

4

5                                                      /s/ Marianne A. Pansa
                                                     MARIANNE A. PANSA
6                                                      Assistant Federal Defender
                                                     Attorney for Plaintiff
7

8

9        DATED:  November 4,  2005       QUIN DENVIR
                                                       FEDERAL DEFENDER
10

11
                                                   /s/ Carrie S. Leonetti
12                                                     CARRIE S. LEONETTI
                                                   Assistant Federal Defender
13                                                    Attorney for Defendant

14

15 IT IS SO ORDERED.

16 **Dated:   November 8, 2005**                 /s/ **Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE
17